UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MARK LANGENFELD, an Individual,

                      Plaintiff,

                                                           DECISION AND ORDER

                                                           07-MC-6006L

                      v.

BANK OF AMERICA, N.A. (USA),
et al.,

                      Defendants.
_____

       On February 26, 2007, USAA Federal Savings Bank filed a motion to withdraw its previously filed motion to intervene and to compel attendance of a witness at a deposition. The motion to withdraw (Dkt. #10) is granted, and the motion to intervene and to compel (Dkt. #5) is deemed to be withdrawn.

       The motion for leave to appear *pro hac vice* (Dkt. #4) filed by counsel for USAA Federal Savings Bank is denied as moot.

       IT IS SO ORDERED.

                                                          _____
                                                             DAVID G. LARIMER
                                                       United States District Judge

Dated: Rochester, New York
          March 6, 2007.